# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS
## Washington, D.C.

## UNITED STATES

### v.

## Jason (NMN) SALCIDO
## Electricians Mate Third Class (E-4), U.S. Coast Guard

## CGCMS 24219

## Docket No.  1160

## 5 March 2002

Special Court-Martial convened by Commanding Officer, Coast Guard Training Center Yorktown.  Tried at Norfolk, Virginia, on 10 July 2001.

| | |
|---|---|
| Military Judge: | CDR John C. Odell, USCG |
| Trial Counsel: | LT Cassandra A. Walbert, USCG |
| Assistant Trial Counsel: | LT Laurina M. Spolidoro, USCG |
| Detailed Defense Counsel: | LT Shirley E. Roman, JAGC, USNR |
| Assistant Defense Counsel: | LT(jg) Bart K. Tomerlin, USCGR |
| Appellate Defense Counsel: | CDR Jeffrey C. Good, USCG |
| Appellate Government Counsel: | LT Daniel J. Goettle, USCG |

### BEFORE
### PANEL SEVEN
### BAUM, BRUCE & KILROY
Appellate Military Judges

Per curiam:

Appellant was tried by special court-martial, military judge alone.  Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, he was found guilty of two specifications of wrongful use of 3,4-methylenedioxymethamphetamine (MDMA), commonly known as "Ecstasy," one specification of wrongful use of LSD, and two specifications of wrongful distribution of "Ecstasy," in violation of Article 112a of the Uniform Code of Military Justice (UCMJ); and one specification of assault with means likely to produce great bodily harm, in violation of Article 128, UCMJ.

Appellant was sentenced to a bad conduct discharge, confinement for 120 days, and reduction to paygrade E-1.  The Convening Authority approved the sentence and ordered all but the bad conduct discharge executed, which was within the terms of the pretrial agreement.  Before this Court, without admitting that the findings and sentence are correct in law and fact,

Appellant has submitted this case on its merits as to any and all errors.

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, we have determined that the findings and sentence are correct in law and fact, and on the basis of the entire record should be approved. Accordingly, the findings and sentence, as approved below, are affirmed.

For the Court,



Kevin G. Ansley